K.Y.W. ENTERPRISE CORP., Appellant, v TYLER KIM, Respondent.

Decided January 21, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.